B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sun Container, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**37-1187684** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**515 South First Street**<br>**Mount Vernon, IL**<br>ZIP Code **62864** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sun Container, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)            Page 3

| **Voluntary Petition** (This page must be completed and filed in every case) | **Name of Debtor(s):** Sun Container, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Sven T. Nylen
Signature of Attorney for Debtor(s)

Sven T. Nylen
Printed Name of Attorney for Debtor(s)

K&L Gates LLP
Firm Name

Three First National Plaza
70 W. Madison St., Suite 3100
Chicago, IL 60602
Address

312-372-1121
Telephone Number

July 9, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Denise R Wilson*
Signature of Authorized Individual

Denise Wilson
Printed Name of Authorized Individual

Secretary Treasurer
Title of Authorized Individual

July 9, 2009
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re   **Sun Container, Inc.**                                              ,   Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **B&N Container, Inc.** | **Affiliate** | |
| **Sun Boxes, Inc.** | **Affiliate** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Sun Container, Inc.                              Case No.
                        Debtor(s)                        Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Midwest Sheets / Gateway Sheets<br>Dept. Ch 14227<br>Palatine, IL 60055 | Midwest Sheets / Gateway Sheets<br>Dept. Ch 14227<br>Palatine, IL 60055 | Trade Debt | | 1,059,240.49 |
| Brian Corrigan c/o Ian P. Cooper<br>Tueth Keeney Cooper Mohan & Jacksta<br>34 N. Meramec Avenue, Ste. 600<br>Saint Louis, MO 63105 | Brian Corrigan c/o Ian P. Cooper<br>Tueth Keeney Cooper Mohan & Jacksta<br>34 N. Meramec Avenue, Ste. 600<br>Saint Louis, MO 63105<br>(314) 880-3600 | Judgment | | 771,664.23 |
| Flutes Inc.<br>8254 Zionsville Road<br>Indianapolis, IN 46268 | Flutes Inc.<br>8254 Zionsville Road<br>Indianapolis, IN 46268<br>(317) 870-6010 | Trade Debt | | 392,598.45 |
| Motorplex, Inc.<br>4171 Bill Tuck Highway<br>South Boston, VA 24592 | Gretchen C. Byrd  LeClair Ryan<br>951 East Byrd Street<br>P.O. Box 2499<br>Richmond, VA 23219<br>(804) 783-2003 | Lease Claim | | 313,372.92 |
| Smurfit - Stone<br>Six City Drive<br>Creve Coeur, MO 63141 | Smurfit - Stone<br>Six City Place Drive<br>Creve Coeur, MO 63141<br>(314) 656-5300 | Trade Debt | | 162,354.18 |
| Manpower Inc.<br>100 Manpower Place<br>Milwaukee, WI 53212 | Manpower Inc.<br>100 Manpower Place<br>Milwaukee, WI 53212<br>(414) 961-1000 | Trade Debt | | 40,139.40 |
| Wyatt Rawlings III Cpa<br>2810 Frank Scott Parkway West<br>Suite 700<br>Belleville, IL 62223 | Wyatt Rawlings III Cpa<br>2810 Frank Scott Parkway West<br>Suite 700<br>Belleville, IL 62223<br>(618) 236-1122 | Professional Fees | | 30,473.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Sun Container, Inc.  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| International Paper<br>Brandi Paul<br>1002 15th St. South West, Ste. 200<br>Auburn, WA 98001 | International Paper<br>Brandi Paul<br>1002 15th St. South West, Ste. 200<br>Auburn, WA 98001 | Trade Debt | | 27,135.28 |
| RMAX<br>13524 Welch Road<br>Dallas, TX 75244 | RMAX Inc.<br>13524 Welch Rd.<br>Dallas, TX 75244<br>(972) 387-4500 | Trade Debt | | 18,360.57 |
| Weilmuenster & Wigginton, P.C.<br>3201 West Main Street<br>Belleville, IL 62226 | Weilmuenster & Wigginton, P.C.<br>3201 West Main Street<br>Belleville, IL 62226<br>(618) 257-2222 | Professional Fees | | 14,868.07 |
| Xtra Lease<br>1801 270 Dr.<br>Suite 400<br>Saint Louis, MO 63146 | Xtra Lease<br>1801 270 Dr.<br>Suite 400<br>Saint Louis, MO 63146<br>(314) 579-9300 | Trade Debt | | 12,823.08 |
| Extra Help Inc.<br>3911 West Ernestine Drive<br>Marion, IL 62959 | Extra Help Inc.<br>3911 West Ernestine Drive<br>Marion, IL 62959<br>(618) 993-9675 | Trade Debt | | 12,353.67 |
| Pratt Industries<br>1800C Sarasota Parkway<br>Conyers, GA 30013 | Pratt Industries<br>1800C Sarasota Parkway<br>Conyers, GA 30013<br>(770) 918-5678 | Trade Debt | | 8,701.20 |
| The Hartford Financial Services<br>One Hartford Plaza<br>Hartford, CT 06155 | The Hartford Financial Services<br>One Hartford Plaza<br>Hartford, CT 06155<br>(860) 547-5000 | Trade Debt | | 7,910.34 |
| Jefferson County Comp Services<br>Rt. 37 North<br>P.O. Box 428<br>Mount Vernon, IL 62864 | Jefferson County Comp Services<br>Rt. 37 North<br>P.O. Box 428<br>Mount Vernon, IL 62864 | | | 6,063.48 |
| Georgia Pacific Corporation<br>133 Peachtree Street, N.E.<br>Atlanta, GA 30303 | Georgia Pacific Corporation<br>133 Peachtree Street, N.E.<br>Atlanta, GA 30303<br>(404) 652-4000 | Trade Debt | | 6,045.95 |
| Multicorr Corporation<br>5800 Cane Run Road<br>Louisville, KY 40258 | Multicorr Corporation<br>5800 Cane Run Road<br>Louisville, KY 40258<br>(502) 935-1000 | Trade Debt | | 5,803.08 |
| Midwest Graphics, Inc.<br>5550 Elmwood Court<br>Indianapolis, IN 46203 | Midwest Graphics, Inc.<br>5550 Elmwood Court<br>Indianapolis, IN 46203 | Trade Debt | | 4,150.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Sun Container, Inc.  
                 Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Midwest Steel Rule Cutting Die<br>5570 Elmwood Court<br>Indianapolis, IN 46203 | Midwest Steel Rule Cutting Die<br>5570 Elmwood Court<br>Indianapolis, IN 46203<br>(317) 780-2770 | Trade Debt | | 4,086.00 |
| Graphic Sciences Inc.<br>7515 NE Ambassador Pl. #L<br>Portland, OR 97220 | Graphic Sciences Inc.<br>7515 NE Ambasador PL #L<br>Portland, OR 97220<br>(503) 460-0203 | Trade Debt | | 3,575.94 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Sun Container, Inc.
              Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 9, 2009

Signature   /s/ Denise R. Wilson
Denise Wilson
Secretary Treasurer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# RESOLUTION OF BOARD OF DIRECTORS
# OF SUN CONTAINER, INC.

As of this 9th day of July, 2009, the members constituting a majority of the votes of a quorum of the board of directors (the "*Board of Directors*") of Sun Container, Inc., an Illinois corporation (the "*Corporation*"), took the following actions and adopted the following resolutions:

WHEREAS, the Board of Directors reviewed and considered the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

I. **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"); and

RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other papers or documents and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and

RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized and directed to employ the law firm of K&L Gates LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to

and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of K&L Gates LLP;

**II.     Further Actions and Prior Actions**

RESOLVED FURTHER, that the officers of the Corporation be, and hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

* * * * *

## CERTIFICATE

The undersigned, Denise Wilson, Secretary, Sun Container, Inc. (the "*Corporation*"), an Illinois corporation, hereby certifies as follows:

1. I am the duly qualified Secretary of the Corporation and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Corporation.

2. Attached hereto is a true, complete, and correct copy of the resolution of the Board of Directors of the Corporation, duly adopted at a properly convened meeting of the Board of Directors on July 9, 2009, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Corporation.

3. Such resolution has not been amended, altered, annulled, rescinded, or revoked and is in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board of Directors of the Corporation relating to the matters set forth in the resolution attached hereto.

*/s/ Denise R. Wilson*
Denise Wilson
Secretary