## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Joint Case No. 09-24949 |
| | ) | |
| SUN CONTAINER, INC., et al.,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Honorable Susan Pierson Sonderby |

### FINAL DECREE CLOSING CHAPTER 11 CASES AND LIMITING NOTICE

Upon the motion (the "*Motion*")[2] of above-captioned debtors (collectively, the "*Debtors*") and SCI Box, LLC for a final decree closing the Chapter 11 Cases of the Debtors and limiting the notice required under Local Rule 3022-1; it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein after due deliberation thereon, that the Motion should be granted as set forth below:

1. The Court hereby enters this Final Decree and Order ordering that the cases of Sun Container, Inc. (Case No. 09-24949), Sun Boxes, Inc. (Case No. 09-24951), and B&N Container, Inc. (Case No. 09-24952) be and hereby are closed.

May __18__ 2010

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are: (i) Sun Container, Inc.; (ii) Sun Boxes, Inc.; and (iii) B&N Container, Inc.

[2] Capitalized terms not otherwise defined herein shall have the meaning provided in the Motion.

E-481405 v1